UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL B. HOFLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-09-174-B-W |
| | ) | |
| R. THOMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on October 29, 2009 her Recommended Decision (Docket # 49). The Plaintiff filed his objections to the Recommended Decision on December 1, 2009 (Docket # 56). The Defendants filed their response to Plaintiff's objection on December 11, 2009 (Docket # 62). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 49) is hereby AFFIRMED.

2. The Defendant's Motion to Dismiss Plaintiff's First Amendment to Complaint (Docket # 21) is GRANTED. The Defendant's request for preliminary injunctive relief (Docket # 10) is DENIED.

3. It is further ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED with prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2009